AO 91 (Rev. 11/11) Criminal Complaint (approved by AUSA KT Newton)

17-072

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>Tevin Madison,<br>Steven Garrison,<br>Kashonda Wellman<br><br>*Defendant(s)* | Case No. 17-1036-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __Feb. 25, 2013 to Jan. 30, 2014__ in the county of __Philadelphia__ in the __Eastern__ District of __Pennsylvania__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1029(a)(5) | Access device fraud |
| 18 U.S.C. Section 1341 | Mail fraud |
| 18 U.S.C. Section 1028A | Aggravated identity theft |
| 18 U.S.C. Section 2 | Aiding & abetting |

This criminal complaint is based on these facts:

Between on or about February 25, 2013 to on or about January 30, 2014, in the Eastern District of Pennsylvania, defendants Tevin Madison, Steven Garrison and Kashonda Wellman committed and aided and abetted access device fraud, mail fraud and aggravated identity theft, in violation of Title 18, United States Code, Sections 1029(a)(5), 1341, 1028A and 2.
See attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Caitlin Ochmanski, Unites States Postal Inspector
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 8/3/17

_____
*Judge's signature*

City and state: Philadelphia, PA

Honorable Marilyn Heffley
*Printed name and title*

# AFFIDAVIT

I, Caitlin M. Ochmanski, being duly sworn, depose and say:

1. I have been a United States Postal Inspector since February 2014 and I am currently assigned to the United States Postal Inspection Service, Philadelphia Division, External Crimes Team. I previously served as a Deputy Sheriff assigned to the Uniformed Patrol Division in Orange County, Florida from January of 2012 to February of 2014.

2. As part of my duties as a United States Postal Inspector, I investigate the use of the U.S. Mails to commit identity theft, bank fraud, and mail fraud among other things. I have been trained in various aspects of law enforcement, including mail fraud in violation of Title 18, United States Code, Section 1341, and aggravated identity theft, in violation of Title 18, United States Code, Section 1028A. Through my education and experience, and that of other agents assisting in this investigation, I have become familiar with the methods that individuals use to commit fraud through the U.S. Mail and with electronic devices.

3. The information in this Affidavit is based upon my personal knowledge and information provided by other law enforcement officers, as well as information from various bank investigators. Because this Affidavit is being submitted for the sole purpose of establishing probable cause to support the issuance of a complaint and arrest warrant, what follows is not all of the information that has been uncovered during this investigation.

4. This Affidavit is in support of an application for an arrest warrant for TEVIN MADISON, STEVEN GARRISON and KASHONDA WELLMAN, for violations of Title 18, United States Code, Sections 1029(a)(5), 1341, 1028A, and 2 in connection with an investigation into a fraud and identity theft scheme operating in the Eastern District of Pennsylvania.

## FACTUAL SUMMARY

5. In 2014, the United States Postal Inspection Service began an investigation of fraudulent purchases made with compromised Discover credit cards. Based on documentation provided to me by Discover and by merchants with whom the fraudulent purchases occurred, I learned that unauthorized changes had been made to the accounts of legitimate Discover card holders, and that, between October 17, 2013 and January 30, 2014, fraudulent purchases were then made against those account. The unauthorized changes made to these compromised Discover accounts, all made through IP address 184.77.152.52, included the addition of a bogus email address, typically comprised of the first initial, last name and year of birth of the legitimate account holder. Also, for seven of these compromised Discover accounts, the account mailing addresses, where account statements in the names of the victims would be mailed, were fraudulently changed to addresses in Philadelphia, PA, including:

    a. 1401 South Taylor Street, Apartment 1, Philadelphia, PA;

    b. 5849 Springfield Avenue, Philadelphia, PA; and

    c. 5314 Chestnut Street, Philadelphia, PA

6. I also learned from First Premier Bank that several of the victims with compromised Discover accounts also had fraudulent credit accounts opened in their name with First Premier Bank, as did additional victims. I learned from a representative of First Premier Bank that, for each of the fraudulently opened First Premier Bank credit card accounts, two First Premier Bank credit cards - one in the name of the victim account holder and one in the name of an additional user - were mailed to Philadelphia, PA address provided in the online application. An email address, using the same pattern seen with the compromised Discover accounts, was also added to each of these fraudulently opened accounts. The same IP address used in the

compromise of the Discover accounts, 184.77.152.52, was used to open these fraudulent First Premier Bank credit accounts.

7. For the fraudulently opened First Premier accounts, the authorized user added to the account was TEVIN MADISON, STEVEN GARRISON or KASHONDA WELLMAN. I also determined that addresses associated with MADISON, GARRISON and WELLMAN were used in connection with the fraudulent purchases made with the compromised Discover accounts.

### a. Compromised Discover Accounts

8. From information provided by fraud investigators with Discover, I learned that the following victims' accounts had been compromised and that fraudulent changes, including address changes and the addition of email addresses, had been made to those accounts:

| Account no. | Victim | Date of change | IP address used to make change | Fraudulent Email Address added? | Fraudulent address change |
|---|---|---|---|---|---|
| 6011003120501190 | R.L. | Unknown | 184.77.152.52 | Yes | None |
| 6011003403501933 | D.B. | Unknown | 184.77.152.52 | Yes | None |
| 6011003497500825 | D.P. | 12.07.13 | 184.77.152.52 | Yes | 5849 Springfield Ave., Apt 2, Philadelphia, PA |
| 6011003609260102 | E.L. | 12.28.13 | 184.77.152.52 | Yes | 5849 Springfield Ave., Apt 2, Philadelphia, PA |
| 6011003750662478 | E.P. | 01.07.14 | 184.77.152.52 | Yes | 5849 Springfield Ave Apt 2, Philadelphia, PA |
| 6011003840715765 | B.S. | 12.16.13 | 184.77.152.52 | Yes | 1401 S. Taylor St., Philadelphia, PA |
| 6011003482003439 | R.C. | 01.10.14 | 184.77.152.52 | Yes | 5314 Chestnut St., Apt. 1, Philadelphia, PA |
| 6011003876705318 | F.B. | 01.12.14 | 184.77.152.52 | Yes | 5849 Springfield Ave., Apt 2, Philadelphia, PA |

9. Furthermore, I learned that, between November 20, 2013 and January 30, 2014, the following fraudulent transactions had been made with these compromised Discover accounts:

| Account no. | Victim | Dates of fraud charges | Amount of fraud charges made/Amount of actual loss | Merchants with whom fraud charges were made |
|---|---|---|---|---|
| 6011003120501190 | R.L. | 11.20.13 to 11.25.13 | $5,465.84/ $2,195.41 | PAYPAL*JOANCOSGROV, PeopleFinders, Domino's, Hollister, Apple iTunes, Sprint wireless, Vesta Tmobile, Abercrombie & Fitch, Discover gift card, myextensionz.com |
| 6011003403501933 | D.B. | 10.17.13 to 11.07.13 | $24,602.86/ $6,496.88 | PAYPAL*PSUCARSOLUT, PeopleFinders, Applebee's, Verizon Wireless, Eastbay, Hulu plus, VTSUP.com, Target.com, Clear, Harvey's, Playstation, Backpage.com, Footwear, Vesta Tmobile, Walmart Online, Victoria Secret, Esurance, Comcast, Propay Inc, Amex gift card, Gainsaver, DRI, US Bank Direct, CCBill |
| 6011003497500825 | D.P. | 12.07.13 to 12.09.13 | $11,835.93/ $1,920.59 | Super Beauty Depot, PayPal*Janet Davis, Applebee's, Hollister, Clear, AT&T, Nordstrom, Old Navy, Sneakerhead, IHOP, Eastbay |
| 6011003750662478 | E.P. | 01.18.14 to 01.21.14 | $6,959.65/ $4,410.45 | Hair Stop & Shop, Amazon, GiftCertificates.com, YESCOMUSA, Super Beauty Depot, T-Mobile, Deckers, Sprint, The Walking Co., PayPal, Verizon Wireless, Apple iTunes Rohan Group, Backpage, DSP, IHOP |
| 6011003840715765 | B.S. | 12.15.13 to 12.19.13 | $12,008.92/ $7,025.28 | Collections, Applebee's, CCBill, Hollister, PeopleFinders, VTSUP, PayPal*Madison, PayPal, MBI-Probiller, Virgin Mobile, Kmart, Deckers, Abercrombie & Fitch, Nordstron, VODBill, Sprint, Walmart, Lucky Brand, Backpage, Gap, CVS, Remy Hair Affair, Chili's, SVM, Apple iTunes, IHOP, DRI*Any, Eastbay, Footlocker, GameStop, GiftCertificates.com, OG Gift Cards, AT&T |
| 6011003609260102 | E.L. | 12.29.13 to 12.30.13 | $11,412.92/ $4,290.85 | Applebee's, Super Beauty Depot, IHOP, SVM, VTSUP.com, Lucky Brand, Amazon, Deckers, Sprint, CCBill, PeopleFinders, Chili's, T-Mobile, The Walking Co. |
| 6011003876705318 | F.B. | 01.10.14 to 01.13.14 | $5,717.58/ $3,689.83 | Backpage, Applebee's IHOP, T-Mobile, Sprint, Deckers |
| 6011003482003439 | R.C. | 01.11.14 to 01.30.14 | $19059.26/ $14,005.54 | Deckers*Ugg, PeopleFinders, iHop, BJ's Wholesale Club, Google Market Place, T-Mobile, Dunkin Donuts, Super Beauty Depot, Rite Aid, Sprint Wireless, Paypal, Applebees, Experian, VTSup, AYC Food Mart, Clear, The Walking Co, |

10. In addition, from documentation provided to me by Discover and various merchants, I determined that, for the compromised Discover credit card accounts of R.L. and D.B., the following merchandise was fraudulently purchased via the Internet and mailed to 1401 South Taylor Street, Apartment 1, Philadelphia, PA or 5849 Springfield Avenue, Philadelphia, PA, or delivered via email to tmadison2151@gmail.com:

| Date of purchase | Victim | IP address used | Purchase | Fraudulent address used for delivery of purchase |
|---|---|---|---|---|
| 10.19.13 | D.B. | 184.77.152.52 | $477.05 from Eastbay | Tevin Brown, 5849 Springfield Ave., Philadelphia, PA |
| 10.27.13 | D.B. | 184.77.152.52 | $560.97 from Harvey's | Tevin Brown, 5849 Springfield Ave., Philadelphia, PA |
| 10.29.13 | D.B. | 184.77.152.52 | $119.98 from Playstation | tmadison2151@gmail.com |
| 10.29.13 | D.B. | 184.77.152.52 | $59.99 from Playstation | tmadison2151@gmail.com |
| 11.23.13 | R.L. | 184.77.152.52 | $1,017.85 Discover gift card | 1401 S. Taylor St., Philadelphia, PA |

### b. First Premier Victims

11. From information provided by First Premier Bank investigators, I learned that, between February 25, 2013 and December 28, 2013, the following First Premier Bank credit accounts were fraudulently opened in victims' names, with additional users listed these fraudulent accounts, most of which were opened using IP address 184.77.152.52:

| Account No. | Victim | Date Opened | IP Address Used | Additional User on Account | Fraudulent Address Used for Account |
|---|---|---|---|---|---|
| 5178006372412610 | D.S. | 02.25.13 | 108.298.134.242 | TEVIN MADISON | 1401 S. Taylor St., Philadelphia, PA |
| 5178006372589310 | K.S. | 08.24.13 | 184.77.152.52 | TEVIN MADISON | 1401 S. Taylor St., Philadelphia, PA |
| 5177607459097450 | V.C. | 09.04.13 | 184.77.152.52 | TEVIN MADISON | 1401 S. Taylor St., Philadelphia, PA |
| 5178006271281230 | S.L. | 09.04.13 | 184.77.152.52 | TEVIN MADISON | 1401 S. Taylor St., Philadelphia, PA |
| 5177607459101270 | G.J. | 09.20.13 | 184.77.152.52 | STEVEN GARRISON | 5314 Chestnut St., Apt. 1, Philadelphia, PA |
| 5177607459101790 | R.H. | 09.22.13 | 184.77.152.52 | STEVEN GARRISON | 5314 Chestnut St., Apt. 1, Philadelphia, PA |

| Account No. | Victim | Date Opened | IP Address Used | Additional User on Account | Fraudulent Address Used for Account |
|---|---|---|---|---|---|
| 5177607459104180 | D.B. | 10.13.13 | 184.77.152.52 | TEVIN MADISON | 1401 S. Taylor St., Philadelphia, PA |
| 5177607459104190 | R.F. | 10.13.13 | 184.77.152.52 | TEVIN MADISON | 1401 S. Taylor St., Philadelphia, PA |
| 5177607459104410 | E.B. | 10.16.13 | 184.77.152.52 | TEVIN MADISON | 5849 Springfield Ave., Apt 2, Philadelphia, PA |
| 5177607459109610 | V.L. | 10.24.13 | 184.77.152.52 | TEVIN MADISON | 5849 Springfield Ave., Apt 2, Philadelphia, PA |
| 5177607459105880 | J.D. | 11.06.13 | 184.77.152.52 | TEVIN MADISON | 5849 Springfield Ave., Apt 2, Philadelphia, PA |
| 5177607459106030 | H.P. | 11.07.13 | 184.77.152.52 | TEVIN MADISON | 5849 Springfield Ave., Apt 2, Philadelphia, PA |
| 5177607459106150 | B.P. | 11.09.13 | Unknown | TEVIN MADISON | 1401 S. Taylor St., Philadelphia, PA |
| 5177607459106280 | S.H. | 11.11.13 | 184.77.152.52 | STEVEN GARRISON | 5314 Chestnut St., Apt. 1, Philadelphia, PA |
| 5177607459106420 | L.H. | 11.12.13 | 184.77.152.52 | STEVEN GARRISON | 5314 Chestnut St., Apt. 1, Philadelphia, PA |
| 5177607459106440 | M.S. | 11.13.13 | 184.77.152.52 | STEVEN GARRISON | 5314 Chestnut St., Apt. 1, Philadelphia, PA |
| 5177607459106850 | B.G. | 11.18.13 | 184.77.152.52 | STEVEN GARRISON | 6244 Addison St., Philadelphia, PA |
| 5177607459107130 | R.L. | 11.21.13 | 184.77.152.52 | KASHONDA WELLMAN | 5309 Chestnut St., Philadelphia, PA |
| 5177607459107120 | J.Da. | 11.21.13 | 184.77.152.52 | KASHONDA WELLMAN | 5309 Chestnut St., Philadelphia, PA |
| 5177607459107740 | S.C. | 11.26.13 | 184.77.152.52 | TEVIN MADISON | 7261 Walnut St., Philadelphia, PA |
| 5177607459107750 | S.Z. | 11.26.13 | 184.77.152.52 | TEVIN MADISON | 7261 Walnut St., Philadelphia, PA |
| 5177607459108660 | J.Do. | 12.11.13 | 184.77.152.52 | TEVIN MADISON | 1652 S. Etting St., Philadelphia, PA |
| 5177607459109060 | B.S. | 12.16.13 | 184.77.152.52 | TEVIN MADISON | 1652 S. Etting St., Philadelphia, PA |
| 5177607459109610 | J.L. | 12.28.13 | 184.77.152.52 | TEVIN MADISON | 1652 S. Etting St., Philadelphia, PA |
| 5177607459109600 | E.L. | 12.28.13 | 184.77.152.52 | TEVIN MADISON | 1652 S. Etting St., Philadelphia, PA |

12.   Furthermore, I learned that the following fraudulent purchases were made with these fraudulently-opened First Premier credit accounts:

| Account no. | Victim | Dates of posted fraud charges | Amount of fraud charges & loss | Merchants with whom fraud charges were made |
|---|---|---|---|---|
| 5178006372412610 | D.S. | 03.06.13 to 03.09.13 | $192.38 | Rite Aid, Pamela Mini Market, Lamocha Market, Cruz Family Market, Chick-Fil-A, |
| 5178006372589310 | K.S. | 09.03.13 to 09.29.13 | $797.75 | 24th St. Food Market, 1234 Market St., Market East, South St. Market, Amazon, Badoo, Checkers, 7-11, Amoco, Bath & Body Works |
| 5177607459097450 | V.C. | 09.13.13 to 10.02.13 | $1,889.31 | PA Wine & Spirits, CVS, Google, Primetime Jewelers, Rite Aid, Church's Chicken, Dunkin Donuts, Walgreens, Gamestop, Domino's, Fiver Below, McDonalds, Neil's Hallmark, Market East, 24th St. Food Market |
| 5178006271281230 | S.L. | 09.13.13 to 09.16.13 | $192.51 | Neil's Hallmark, McDonalds, Gamestop, Walgreen's, Vicky & Bonny |
| 5177607459101270 | G.J. | 09.30.13 to 10.08.13 | $1,168.22 | Dollar Store, Rite Aid, West Point Pizza, Radioshack, Google play credit, Phila taxi, Walgreens, BP classified, Lebel Pizza, Badoo Meeting Network, Accu Pizza, GCBill.com |
| 5177607459101790 | R.H. | 10.01.13 to 10.04.13 | $1,184.71 | Exxonmobil, Rite Aid, EZ Bargain, Sarku Japan, Walgreens, McDonald's |
| 5177607459104180 | D.B. | 10.21.13 to 11.05.13 | $2,541.16 | Walgreen's, City View Pizza, CVS, Rite Aid, BP, PA Wine & Spirts, Badoo, Apple iTunes |
| 5177607459104190 | R.F. | 10.21.13 to 11.02.13 | $2,218.19 | CVS, 7-11, Lamocha Deli, Market East, Domino's, Walgreens, Checkers, Badoo, CVS, Sunoco |
| 5177607459104410 | E.B. | 10.26.13 to 11.03.13 | $1,757.07 | Rite Aid, Vesta, CVS, Walgreens, PlayStation, MetroPCS, Experian, |
| 5177607459109610 | V.L. | 11.02.13 to 11.11.13 | $1,860.29 | Rite Aid, Badoo, 1234 Market St., Walgreens, 7-11 |
| 5177607459106280 | S.H. | 11.19.13 to 12.04.13 | $2,481.61 | Rite Aid, Mobile Trac, McDonald's, Dollar Store, Chestnut Deli, Wine & Spirits, Azmir LLC, Color Beauty & Wig, Badoo, Phila Taxi, Amazon, Kicks, Clear, Staples, Golden Block Dollar, Next Level, CVS |
| 5177607459106420 | L.H. | 11.22.13 to 12.10.13 | $3,158.52 | Rite Aid, Wine & Spirits, KFC, Badoo, Zara, Pete's Pizza, Staples, Walgreens, CVS, Woody's, Phila Taxi |
| 5177607459106440 | M.S. | 11.23.13 to 12.10.13 | $2,580.36 | Rite Aid, Fresh Grocer, Chestnut Deli, Phila Taxi, Walgreens, Kicks, CVS, Urban Outfitters, Dollar Store, Sunoco |

| Account no. | Victim | Dates of posted fraud charges | Amount of fraud charges & loss | Merchants with whom fraud charges were made |
|---|---|---|---|---|
| 5177607459106850 | B.G. | 11.26.13 to 12.04.13 | $1,865.77 | Rite Aid, H&M, BADOO, 7-Eleven, Kicks, T-mobile, Clear, Golden Block, Chestnut Deli, Pete's Pizza |
| 5177607459107130 | R.L. | 11.30113 to 12.05.13 | $1,195.02 | Rite Aid, CVS, Aldo, Chestnut St. BP |
| 5177607459107120 | J.Da. | 11.30113 to 12.05.13 | $1,178.6 | Rite Aid, Sunoco, CVS, McDonald's, Dr. Martens Airwar, Chestnut Street Deli |
| 5177607459107740 | S.C. | 12.12.13 to 12.31.13 | $3,271.55 | CVS, Walgreens |
| 5177607459107750 | S.Z. | 12.12.13 to 12.26.13 | $2,588.33 | CVS, 7-11, SMS Wholesaler, Amazon, Walgreens, |
| 5177607459108660 | J.Do. | 11.30.13 to 12.05.13 | .$1,685.7 | Walgreens, CVS |
| 5177607459109060 | B.S. | 12.24.13 to 12.31.13 | $1,859.75 | Walgreens |
| 5177607459109610 | J.L. | 01.07.14 | $494.95 | Walgreens |
| 5177607459109600 | E.L. | 01.07.14 | $494.95 | Walgreens |

    c.    **Interview of TEVIN MADISON**

13.    On June 13, 2014, TEVIN MADISON was interviewed by Postal Inspectors. During that interview, MADISON admitted that, on multiple occasions, he received in the mail an envelope containing a credit card in a victim's name accompanied by a credit card in his name at 1401 South Taylor Street and 5849 Springfield Avenue, both in Philadelphia, Pennsylvania. MADISON recalled specifically receiving an envelope with a credit card in the name of D.S., along with a credit card in his name.

14.    MADISON also stated that he received phone calls from someone named "Ice," and, in those calls, "Ice" informed MADISON when credit cards were being mailed to him and provided instructions about purchases that MADISON was to make with the cards in his name. MADISON also admitted that he made additional purchases with those credit cards and that he never made any payments on any of those credit card accounts.

15. MADISON also stated that packages of items, including hair products and weaves, boots and Visa gift cards that he himself had not ordered were delivered, via mail, to him at 1401 South Taylor Street and 5849 Springfield Avenue in Philadelphia, PA, and that, for each package, he was given instructions to sell some of the items and to deliver other items to various locations in Philadelphia.

16. I have reviewed Pennsylvania driver's license photographs of TEVIN MADISON and a Walgreens surveillance photograph from January 6, 2014, and I recognize MADISON as the individual using a fraudulently-obtained First Premier card to make a purchase in the amount of $494.95 at Walgreens on that date (the posting date of that transaction was January 7, 2014).

        d.     **Interview of STEVEN GARRISON**

17. On March 18, 2014, STEVEN GARRISON was interviewed by Postal Inspectors. During that interview, GARRISON admitted that, after a friend named "Desire" offered to help him with his credit, he had received, via the mail at 5314 Chestnut Street, Philadelphia, PA, five envelopes that contained credit cards with his name. According to GARRISON, he provided "Desire" with his social security number, he was told that he would receive cards in the mail, and he received a total of five credit cards via the mail, three of which he used and two of which he gave to "Desire."

18. On March 18, 2014 and June 13, 2014, KASHONDA WELLMAN was interviewed by Postal Inspectors. During that interview, WELLMAN admitted that, after "Desire" offered to help her with her credit, she had received two envelopes containing credit cards with her name on them from First Premier Bank, via the mail, at 5309 Chestnut Street, Philadelphia, PA. According to WELLMAN, "Desire" told her that she would receive credit

cards in the mail, and all she had to do was provide "Desire" with a $200 gift card. WELLMAN still had two credit cards that she had received and she turned over those credit cards to the Postal Inspectors. The two cards were linked to First Premier Bank credit accounts fraudulently opened in the names of R.L. and J.D, for which KASHONDA WELLMAN had been listed as an additional authorized user.

    e. **Interview of KASHONDA WELLMAN**

19. KASHONDA WELLMAN also stated that she made purchases with both of those First Premier Bank credit cards, including a $200 gift card for "Desire," and that she never made any payments on either of those credit card accounts.

20. WELLMAN identified herself in a December 5, 2013 CVS surveillance photograph showing her making a purchase with one of the fraudulently-obtained First Premier cards.

    f. **Summary of Fraud Loss and Attempted Loss**

21. In total, the fraudulent transactions and attempted transactions associated with the participation of TEVIN MADISON, STEVEN GARRISON and KASHONDA WELLMAN in this fraud scheme are as follows:

    a. For TEVIN MADISON, the Discover charges and attempted charges totaled $77,552.70, the actual loss to Discover was $29,838.39, and the actual loss to First Premier Bank was $21,843.89;

    b. For STEVEN GARRISION, the Discover charges and attempted charges totaled $19,059.26, the actual loss to Discover was $14,005.54, and the actual loss to First Premier Bank was $12,439.19; and

c. For KASHONDA WELLMAN, the actual loss to First Premier Bank was $2,373.62.

22. Based on the above facts, there is probable cause to believe that TEVIN MADISON, STEVE GARRISON and KASHONDA WELLMAN, committed, and aided and abetted, access device fraud, in violation of 18 U.S.C. §§1029(a)(5) and 2, mail fraud, in violation of 18 U.S.C. §§1341 and 2, and aggravated identity theft in violation of 18 U.S.C. §§ 1028A and 2.

Caitlin Ochmanski
United States Postal Inspector
United States Postal Inspection Service

Sworn and Subscribed before me
this __3rd__ of August, 2017

HONORABLE MARILYN HEFFLEY
United States Magistrate Judge

c. For KASHONDA WELLMAN, the actual loss to First Premier Bank was $2,373.62.

22. Based on the above facts, there is probable cause to believe that TEVIN MADISON, STEVE GARRISON and KASHONDA WELLMAN, committed, and aided and abetted, access device fraud, in violation of 18 U.S.C. §§1029(a)(5) and 2, mail fraud, in violation of 18 U.S.C. §§1341 and 2, and aggravated identity theft in violation of 18 U.S.C. §§ 1028A and 2.

Caitlin Ochmanski
United States Postal Inspector
United States Postal Inspection Service

Sworn and Subscribed before me
this __3rd__ of August, 2017

HONORABLE MARILYN HEFFLEY
United States Magistrate Judge